UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
      :
JUDITH ADELA FERNANDEZ      :
MARTINEZ, ON BEHALF OF HERSELF      :
AND ALL OTHER PERSONS      :
SIMILARLY SITUATED,      :   No.: 1:25-cv-6580
      :
      Plaintiffs,      :   **NOTICE OF VOLUNTARY**
      :   **DISMISSAL**
      v.      :
      :
L.O.D.C., INC.,      :
      :
      Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

Plaintiff(s), JUDITH ADELA FERNANDEZ MARTINEZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, L.O.D.C., INC.

Dated:   New York, New York
        Nov. 10, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge